IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

EL DORADO DIVISION

TRACEY HAMILTON, ET AL                                                                     PLAINTIFFS

VS.                                          No. 12-1069

DIVERSICARE LEASING CORP, ET AL                                                    DEFENDANTS

### CLERK'S ORDER OF DISMISSAL

On this 26th day of March, 2013, the plaintiff herein having filed their Notice of Dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that the separate plaintiff, Natasha Kelly, complaint against all defendants be, and hereby is dismissed.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

By   /s/ Carol Nesbit
         Deputy Clerk