IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TRACEY HAMILTON, *et al*                                              PLAINTIFFS

V.                              CASE NO. 12-CV-1069

DIVERSICARE LEASING, *et al*                                          DEFENDANTS

## ORDER

Before the Court is Plaintiff April Smith's Motion to Dismiss. (ECF No. 63). Plaintiff April Smith seeks to dismiss her pending claims against Defendants. Upon Consideration, the Court finds that good cause for the motion has been shown. Accordingly, the motion should be and hereby is **GRANTED**. Plaintiff April Smith's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of November, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge